UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MICHAEL WELCH,**

    Plaintiff,

vs.

**CITY OF MELVINDALE,** *a political Subdivision of the State*; **MELVINDALE PUBLIC SAFETY COMMISSION,** *a political advisory body of the City of Melvindale*; **JEFFERY BOLTON, KEVIN MCISAAC, MARTHA MCDANIEL, PATRICIA HALL, JOSEPH ALVARADO,** and **LAWRENCE COOGAN,** *individuals, sued in their official and personal capacities,*

    Defendants.

Case No: 18-cv-11450
Hon. Laurie J. Michelson
Mag. Mona K. Majzoub

_____

| | |
|---|---|
| **DEBORAH GORDON LAW**<br>Deborah L. Gordon (P27058)<br>Elizabeth Marzotto Taylor (P82061)<br>Attorneys for Plaintiff<br>33 Bloomfield Hills Parkway, Suite 220<br>Bloomfield Hills, Michigan 48304<br>(248) 258-2500/Fax (248) 258-7881<br>dgordon@deborahgordonlaw.com<br>emarzottotaylor@deborahgordonlaw.com | **PLUNKETT COONEY**<br>Audrey J. Forbush (P41744)<br>Attorney for Defendants, City of Melvindale, Melvindale Public Safety Comm., Bolton, McIsaac, McDaniel, Hall & Alvarado<br>Plaza One Financial Center<br>111 E. Court Street- Suite 1B<br>Flint, Michigan 48502<br>(810) 342-7014/Fax (810) 232-3159<br>aforbush@plunkettcooney.com<br><br>**JOHNSON, ROSATI, SCHULTZ & JOPPICH, P.C.**<br>Carlito H. Young (P61863)<br>Laura B. Brown (P79742)<br>Attorneys for Lawrence Coogan, Only<br>27555 Executive Drive, Suite 250<br>Farmington Hills, Michigan 48331 |

(248) 489-4100/Fax (248) 489-1726
cyoung@jrsjlaw.com
lbrown@jrsjlaw.com

_____

## STIPULATED ORDER STAYING ACTION BY THE MELVINDALE PUBLIC SAFETY COMMISSION

It is hereby stipulated by and between the parties that the Melvindale Public Safety Commission shall not issue a disciplinary complaint, disciplinary charges, and/or notice of a trial board hearing regarding Plaintiff Lieutenant Michael Welch's employment with the Melvindale Police Department prior to June 26, 2018.

The parties further stipulate and agree that Counsel for Defendants City of Melvindale, Melvindale Public Safety Commission, Bolton, McIsaac, McDaniel, Hall, and Alvarado will notify the parties and the Court of the result of the June 12, 2018 closed session meeting of the Public Safety Commission at the status conference scheduled for June 13, 2018 at 4:00 p.m.

Plaintiff's Motion for Entry of Proposed Order Staying Action by the Melvindale Public Safety Commission is hereby withdrawn [Dkt 15].

s/Laurie J. Michelson
LAURIE J. MICHELSON
Dated: June 8, 2018                        U.S. DISTRICT JUDGE

As stipulated to:

**DEBORAH GORDON LAW**
/s/ Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500/Fax (248) 258-7881
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com

**PLUNKETT COONEY**
/s/Audrey J. Forbush (P41744)
Attorney for Defendants, City of Melvindale, Melvindale Public Safety Comm., Bolton, McIsaac, McDaniel, Hall & Alvarado
Plaza One Financial Center
111 E. Court Street- Suite 1B
Flint, Michigan 48502
(810) 342-7014/Fax (810) 232-3159
aforbush@plunkettcooney.com

**JOHNSON, ROSATI, SCHULTZ & JOPPICH, P.C.**
/s/Carlito H. Young (P61863)
Laura B. Brown (P79742)
Attorneys for Lawrence Coogan, Only
27555 Executive Drive, Suite 250
Farmington Hills, Michigan 48331
(248) 489-4100/Fax (248) 489-1726
cyoung@jrsjlaw.com
lbrown@jrsjlaw.com