UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MICHAEL WELCH,**

    Plaintiff,

vs.

**CITY OF MELVINDALE,** *a political Subdivision of the State*; **MELVINDALE PUBLIC SAFETY COMMISSION,** *a political advisory body of the City of Melvindale*; **JEFFERY BOLTON, KEVIN MCISAAC, MARTHA MCDANIEL, PATRICIA HALL, JOSEPH ALVARADO,** *and* **LAWRENCE COOGAN,** *individuals, sued in their official and personal capacities,*

    Defendants.

Case No: 18-cv-11450
Hon. Laurie J. Michelson
Mag. Mona K. Majzoub

_____

**DEBORAH GORDON LAW**
Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500/Fax (248) 258-7881
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com

**PLUNKETT COONEY**
Audrey J. Forbush (P41744)
Attorney for Defendants, City of Melvindale, Melvindale Public Safety Comm., Bolton, McIsaac, McDaniel, Hall & Alvarado
Plaza One Financial Center
111 E. Court Street- Suite 1B
Flint, Michigan 48502
(810) 342-7014/Fax (810) 232-3159
aforbush@plunkettcooney.com

**JOHNSON, ROSATI, SCHULTZ & JOPPICH, P.C.**
Carlito H. Young (P61863)
Laura B. Brown (P79742)
Attorneys for Lawrence Coogan, Only
27555 Executive Drive, Suite 250
Farmington Hills, Michigan 48331

(248) 489-4100/Fax (248) 489-1726
cyoung@jrsjlaw.com
lbrown@jrsjlaw.com

_____

# STIPULATED ORDER WITHDRAWING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

It is hereby stipulated by and between the parties that Plaintiff Michael Welch withdraws his Motion for a Preliminary Injunction because on June 12, 2018 Defendants rescinded Melvindale Public Safety Commission Resolution 18.05.07, and thereafter provided Plaintiff his signed MERS Retirement Forms.

Plaintiff's Motion for a Preliminary Injunction [Dkt. 10] is hereby withdrawn.

|  |  |
|---|---|
| Dated: June 25, 2018 | s/Laurie J. Michelson<br>LAURIE J. MICHELSON<br>U.S. DISTRICT JUDGE |

As stipulated to:

| **DEBORAH GORDON LAW** | **PLUNKETT COONEY** |
|---|---|
| /s/ Deborah L. Gordon (P27058) | /s/Audrey J. Forbush (P41744) |
| Elizabeth Marzotto Taylor (P82061) | Attorney for Defendants, City of |
| Attorneys for Plaintiff | Melvindale, Melvindale Public |
| 33 Bloomfield Hills Parkway, Suite 220 | Safety Comm., Bolton, McIsaac, |
| Bloomfield Hills, Michigan 48304 | McDaniel, Hall & Alvarado |
| (248) 258-2500/Fax (248) 258-7881 | Plaza One Financial Center |
| dgordon@deborahgordonlaw.com | 111 E. Court Street- Suite 1B |
| emarzottotaylor@deborahgordonlaw.com | Flint, Michigan 48502 |
|  | (810) 342-7014/Fax (810) 232-3159 |
|  | aforbush@plunkettcooney.com |
|  | **JOHNSON, ROSATI, SCHULTZ & JOPPICH, P.C.** |
|  | /s/Carlito H. Young (P61863) |

                Laura B. Brown (P79742)
                Attorneys for Lawrence Coogan, Only
                27555 Executive Drive, Suite 250
                Farmington Hills, Michigan 48331
                (248) 489-4100/Fax (248) 489-1726
                cyoung@jrsjlaw.com
                lbrown@jrsjlaw.com