UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL WELCH,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF MELVINDALE, et al<br><br>    Defendant. | Case No. 18-11450<br>Honorable Laurie J. Michelson<br>Magistrate Mona K. Majzoub |

## CASE MANAGEMENT REQUIREMENTS AND SCHEDULING ORDER

This civil case having come before the Court pursuant to Federal Rule of Civil Procedure 16 and the parties having submitted a proposed discovery plan, the Court enters the following schedule to manage the progress of the case:

| EVENT[1] | DEADLINE |
|---|---|
| Witness Lists Filed | September 28, 2018 |
| Interim Status Conference[2] | October 29, 2018 at 3:30 p.m. |
| Discovery Cutoff | December 21, 2018 |
| Dispositive Motions | March 25, 2019 |
| Motions *in Limine* | TBD |
| Joint Proposed Final Pretrial Order (and pretrial submissions) (*See* § 11) | TBD |
| Final Pretrial Conference | TBD |
| Jury Trial | TBD |
| Estimated Length of Trial | TBD |

---

[1] For any events not listed on the Scheduling Order, please refer to Federal Rule of Civil Procedure 26.

[2] To participate in the conference, dial into the Eastern District of Michigan's telephone conference system at (866) 434-5269. The system will then provide directions for joining the call; when asked for an access code, use 9819334. If possible, please refrain from participating in the conference on a cell phone.