UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MICHAEL WELCH,**

    Plaintiff,

vs.

**CITY OF MELVINDALE,** *a political Subdivision of the State*; **MELVINDALE PUBLIC SAFETY COMMISSION,** *a political advisory body of the City of Melvindale*; **JEFFERY BOLTON, KEVIN MCISAAC, MARTHA MCDANIEL, PATRICIA HALL, JOSEPH ALVARADO,** *and* **LAWRENCE COOGAN,** *individuals, sued in their official and personal capacities,*

    Defendants.

Case No: 18-cv-11450
Hon. Laurie J. Michelson
Mag. Mona K. Majzoub

_____

**DEBORAH GORDON LAW**
Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500/Fax (248) 258-7881
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com

**PLUNKETT COONEY**
Audrey J. Forbush (P41744)
Attorney for Defendants, City of Melvindale, Melvindale Public Safety Comm., Bolton, McIsaac, McDaniel, Hall & Alvarado
Plaza One Financial Center
111 E. Court Street- Suite 1B
Flint, Michigan 48502
(810) 342-7014/Fax (810) 232-3159
aforbush@plunkettcooney.com

**JOHNSON, ROSATI, SCHULTZ & JOPPICH, P.C.**
Carlito H. Young (P61863)
Laura B. Brown (P79742)
Attorneys for Lawrence Coogan, Only
27555 Executive Drive, Suite 250
Farmington Hills, Michigan 48331

(248) 489-4100/Fax (248) 489-1726
cyoung@jrsjlaw.com
lbrown@jrsjlaw.com
_____

**PLAINTIFF'S PRELIMINARY LAY AND EXPERT WITNESS LIST**

NOW COMES Plaintiff Michael Welch, by and through his attorneys, Deborah Gordon Law, and submits the following list of witnesses that he may call at trial in this matter:

1. Plaintiff Michael Welch
2. Melissa Welch
3. Jeffrey Bolton
4. Kevin McIsaac
5. Martha McDaniel
6. Patricia Hall
7. Jason Ortiz
8. Joseph Alverado
9. Lawrence Coogan
10. Roger Kaley
11. John Allen
12. Stacy Bazman / Striz
13. Richard Ortiz
14. Matthew Furman

Case 2:18-cv-11450-LJM-MKM   ECF No. 33   filed 09/28/18   PageID.1200   Page 3 of 5

15. Brandon Nolin

16. Robert Kennaley

17. Donald Meador

18. Gary Bowerman

19. Chad Hayse

20. Chester Kulesza

21. Brandon Canfield

22. Chad Detrich

23. Sara Lane

24. John Ginther

25. Michael Thomson, Ph.D., Thomson Econometrics & Employment Research

26. All treating and/or examining physicians, psychiatrists, psychologists, and health care professionals for Plaintiff, including but not limited to:

    a. Dr. Joseph Zambo; and

    b. Dr. Steven Crossley

27. Keepers of the records for all treating and/or examining physicians, psychiatrists, psychologists, and health care professionals for Plaintiff

28. Any current or former employees, representatives, agents, record keepers, or contractors of Defendants who may have information pertaining to Plaintiff's claims or Defendants' defenses

29. Any current or former employees, representatives, agents, record keepers, or contractors of the Melvindale Police Department who may have information pertaining to Plaintiff's claims or Defendants' defenses

30. Any current or former employees, representatives, agents, record keepers, or contractors of the Police Officers' Labor Council who may have information pertaining to Plaintiff's claims or Defendants' defenses

31. Any current or former employees, representatives, agents, record keepers, or contractors of Coogan Law or any other related entities who may have information pertaining to Plaintiff's claims or Defendants' defenses

32. All individuals identified in answers to interrogatories, requests for production of documents, depositions, duces tecum notices, initial disclosures, and all other discovery produced by any party

33. All witnesses on Defendants' witness lists

34. Any and all necessary rebuttal lay and expert witnesses

35. Any and all witnesses necessary to lay the foundation for the admission of evidence

36. Any and all witnesses necessary to authenticate

37. Any and all records keepers

38. Plaintiff reserves the right to supplement and/or amend this witness list if additional discovery is produced.

Dated: September 28, 2018

**DEBORAH GORDON LAW**

/s/ Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500/Fax (248) 258-7881
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2018 I electronically filed with the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

**DEBORAH GORDON LAW**

Deborah L. Gordon (P27058)
/s/ Elizabeth Marzotto Taylor (P82061)
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com