UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Michael Welch,

                Plaintiff(s),

v.                                           Case No. 2:18−cv−11450−LJM−MKM
                                           Hon. Laurie J. Michelson

City of Melvindale, et al.,

                Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Laurie J. Michelson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 212. The following motion(s) are scheduled for hearing:

        Motion for Summary Judgment − #38
        Motion for Summary Judgment − #39

- MOTION HEARING:  November 22, 2019 at 09:30 AM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                By: s/E Karhoff
                                                                     Case Manager

Dated:  October 22, 2019